UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GREGORY PARKS Individually, ) | |
| MONIQUE NELSON Individually, ) | |
| ERIC YOUNG Individually, ) | |
| KAYLA MOORE Individually, ) | |
| MONIQUE NELSON as the representative of ) | |
| the Estate of N.P., ) | |
| KAYLA MOORE as the representative of the ) | |
| Estate of K.M., ) | |
| KAYLA MOORE as the next friend of J.A., ) | |
| KAYLA MOORE as the next friend of J.S., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:23-cv-01060-SEB-MJD |
| ) | |
| CITY OF LAWRENCE, ) | |
| LAWRENCE POLICE DEPARTMENT, ) | |
| JEFFREY GRAY, ) | |
| MATTHEW HICKEY, ) | |
| ANDREW THORUP, ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT**

The Court having this day entered its Order granting summary judgment for Defendants and directing the entry of final judgment, the Court now hereby enters FINAL JUDGMENT.

Judgment is entered in favor of Defendants and against Plaintiffs with regard to Plaintiffs' federal claim. Plaintiffs' state-law claims are DISMISSED without prejudice.

Plaintiffs shall take nothing by their complaint and this action is terminated. Each side shall bear its own fees and costs.

IT IS SO ORDERED.

Date: 2/5/2025

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Shawn Barnett
HALE & MONICO, LLC
Sbarnett@halemonico.com

Lisa A. Baron
Clark Johnson & Knight, Ltd.
Lbaron@cjklaw.com

Matthew Scott Clark
Clark Johnson & Knight, Ltd.
mclark@cjklaw.com

Peter D. Hamann
PFEIFER, MORGAN & STESIAK
phamann@pilawyers.com

Erin M Kuhfuss
The Personal Injury Lawyers
erin@thepersonalinjurylawyers.com

Jason Marx
Hale & Monico, LLC
jmarx@halemonico.com

Daniel H. Pfeifer
PFEIFER MORGAN & STESIAK
dpfeifer@pilawyers.com